# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDI ABTS,
                Appellant,

vs.

CYNTHIA ARNOLD ABTS,
                Respondent.

No. 75423

**FILED**

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting a motion to set aside a default judgment pursuant to NRCP 60(b). Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). A premature notice of appeal filed before entry of a final, written judgment is of no effect, and a district court's oral pronouncement from the bench, a minute order, and even an unfiled written order are ineffective for any purpose. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-14371

cc:     Hon. Ronald J. Israel, District Judge
        Brandi Abts
        Patricia A. Marr
        Eighth District Court Clerk